PHILLIPS, SPALLAS & ANGSTADT LLP
ROBERT K. PHILLIPS (SBN 135088)
KATHERINE A. MUNTER (SBN 163666)
650 California Street, 10th Floor
San Francisco, California 94108
Telephone: (415) 278-9400
Fax: (415) 278-9411

Attorneys for Plaintiff
OCULUS INNOVATIVE SCIENCES, INC.

FILED
JAN ? ? 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRODINNV, S.A. de C.V. and CESAR MANGOTICH PACHECO, <br><br> Defendants. | Civil Action Case No. 308CV04707BZ <br><br> PLAINTIFF'S REQUEST FOR CONTINUANCE OF JANUARY 26, 2009 CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES <br> AND [PROPOSED] ORDER |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiff OCULUS INNOVATIVE SCIENCES, INC. requests that the court continue the Initial Case Management Conference currently set for January 26, 2009 at 4:00 p.m. and all conference related deadlines. This request is based on the fact that service has not yet been effected on Defendants PRODINNV and CESAR MANGOTICH PACHECO. These defendants are citizens of and reside in Mexico and under the applicable rules of the Hague Convention, service must be effected through the Mexican Central Authority. This process can take upwards of three to six months. While Defendants have not yet been formally served the parties have been in communication regarding the suit and possible alternative dispute

1 | resolution, including arbitration.  For these reasons OCULUS requests a 120 day continuance for
2 | the Initial Case Management Conference and all conference-related deadlines

4 | Date: 1.16.09              By: _____
                               Katherine A. Munter, Esq.
                               Attorney for PLAINTIFF
                               OCULUS INNOVATIVE SCIENCES, INC.

8 | [PROPOSED] ORDER

10 | It is hereby ordered that the Initial Case Management Conference, in this matter is
11 | continued to  May 18 2009 at 4pm.  All conference related deadlines will be
12 | continued accordingly.

15 | Dated: 20 Jan 09           _____
                               Judge Bernard Zimmerman