1  PHILLIPS, SPALLAS & ANGSTADT LLP
   ROBERT K. PHILLIPS (SBN 135088)
2  KATHERINE A. MUNTER (SBN 163666)
   Three Embarcadero Center, Suite 550
3  San Francisco, California 94111
4  Telephone: (415) 278-9400
   Fax: (415) 278-9411
5
   Attorneys for Plaintiff
6  OCULUS INNOVATIVE SCIENCES, INC.
7
8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10
11 OCULUS INNOVATIVE SCIENCES,        )   Civil Action Case No. 308CV04707BZ
   INC.,                              )
12                                    )   [PROPOSED] ORDER
                                      )
13              Plaintiff,            )
                                      )
14        v.                          )
                                      )
15                                    )
                                      )
16 PRODINNV, S.A. de C.V.             )
   and CESAR MANGOTICH PACHECO,       )
17                                    )
                Defendants.           )
18

19

20     It is hereby ordered that the Initial Case Management Conference in this matter is
21 continued to ___Monday, August 10, 2009 at 4:00 p.m._____.
22 All conference related deadlines will be continued accordingly.
23
24
25 Dated: May 18, 2009
26                                                IT IS SO ORDERED
                                                  /s/ Bernard Zimmerman
27                                                Judge Bernard Zimmerman
28