1  **PHILLIPS, SPALLAS & ANGSTADT LLP**
   ROBERT K. PHILLIPS (SBN 135088)
2  KATHERINE A. MUNTER (SBN 163666)
   Three Embarcadero Center, Suite 550
3  San Francisco, California 94111
   Telephone: (415) 278-9400
4  Fax: (415) 278-9411

5  Attorneys for Plaintiff
6  OCULUS INNOVATIVE SCIENCES, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 **OCULUS INNOVATIVE SCIENCES,**        ) Civil Action Case No. 308CV04707BZ
   **INC.,**                               )
12                                         ) [~~PROPOSED~~] ORDER
                                           )
13                  Plaintiff,             )
                                           )
14           v.                            )
                                           )
15                                         )
                                           )
16 **PRODINNV, S.A. de C.V.**              )
   **and CESAR MANGOTICH PACHECO,**        )
17                                         )
                    Defendants.            )
18

19

20   It is hereby ordered that the Initial Case Management Conference in this matter is

21 continued to December 7, 2009 at 4:00 p.m. _____.

22 All conference related deadlines will be continued accordingly.  Plaintiffs shall serve this Order

23  on defendants.

24

25 Dated: July 27, 2009                                    _____
                                                            Judge Bernard Zimmerman
26

27

28

                                        **PAGE 1**
                                    **[PROPOSED] ORDER**
                U.S.D.C. – Northern District of California – Case No. 308CV04707BZ