```
 1
 2
 3
 4
 5
 6
 7
                      UNITED STATES DISTRICT COURT
 8
                     NORTHERN DISTRICT OF CALIFORNIA
 9
10
11   OCULUS INNOVATIVE SCIENCES,  )
     INC.,                        )
12                                )       No. C 08-4707 BZ
             Plaintiff(s),        )
13                                )
        v.                        )       ORDER RE FILING IN SPANISH
14                                )
     PRODINNV,S.A. DE C.V. and    )
15   CESAR MANGOTICH PACHECHO,    )
                                  )
16           Defendant(s).        )
                                  )
17   _____)
```

    The Court has recently received a filing, approximately 1 inch thick, which contains a series of documents in Spanish. The cover document appears to be signed by defendant Cesar Mangotich Pacheco, on his own behalf and on behalf of defendant Prodinnv.  While there is no statutory requirement of which the Court is aware that documents filed with the court must be in English, faced with filings in other languages, courts have generally required the documents to be refiled in English.  In part, this is based on the recognition that "a clerk cannot be ordered to pay for the cost of translating pleadings from a foreign language to the English

language." <u>Gomez v. Meyers</u>, 627 F. Supp. 183, 187 (E.D.TX. 1985).  Accord, <u>Skudnov v. Russell</u>, 2009 WL 32846 at *1 (W.D.KY.); See also <u>Puerto Ricans for Puerto Rico Party v. Dalmau</u>, 544 F.3d, 67 (1st. Cir. 2008).  **IT IS THEREFORE ORDERED** as follows:

   1. The Clerk shall file the documents which are in Spanish.

   2. The defendants shall file an English translation of the documents by **December 21, 2009**.

   3. Defendants are reminded that a corporation cannot represent itself in federal court.  Civil Local Rule 3-9(b). If, as plaintiff alleges, Prodinnv is a corporation, it must retain counsel.  If it fails to do so in timely fashion, its default will be entered.

Dated: November 23, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\OCULUS\ORDER RE FILING IN ENGLISH.wpd

2