UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> PRODINNV,S.A. DE C.V. and CESAR MANGOTICH PACHECHO, <br><br> Defendant(s). | No. C 08-4707 BZ <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff has requested a continuance of the case management conference currently scheduled for Monday, December 7, 2009.  Ostensibly this is so that the parties could "be apprised of each other's positions."  The Court does not understand why this was not accomplished during their Rule 26(f) and Local Rule 16-3 conference.  The Court notes that no joint case management statement was timely filed.

**IT IS THEREFORE ORDERED** that the case management conference scheduled for December 7, 2009 is **continued** to **Monday, January 4, 2010, at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

1

1  Francisco, California 94102.  **IT IS FURTHER ORDERED** that the
2  parties shall meet and confer in person or by telephone as
3  required by Rule 26(f) and Local Rule 16-3 and shall file a
4  joint case management statement by **December 24, 2009**.  The
5  parties are admonished to carefully comply with the case
6  management requirements or they may be sanctioned.
7  Dated: November 30, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\OCULUS\ORDER CONTINUING CMC.wpd