UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> PRODINNV, S.A. DE C.V. and CESAR MANGOTICH PACHECHO, <br><br> Defendant(s). | No. C 08-4707 BZ <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Following a Case Management Conference attended by plaintiff's counsel only, **IT IS ORDERED THAT:**

1. The Case Management Conference is continued until **MONDAY, FEBRUARY 8, 2010** at **4:00 p.m**., in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

2. Defendants are **ORDERED** to file either a consent or declination to magistrate judge jurisdiction by **JANUARY 29, 2010.** The form to consent to or decline magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov

1

3. If defendants consent, they must file a separate or joint pretrial statement by **FEBRUARY 1, 2010**

Dated: January 5, 2010

                                        /s/ Bernard Zimmerman
                                             Bernard Zimmerman
                                      United States Magistrate Judge

G:\BZALL\-BZCASES\OCULUS\ORDER CONTINUING CMC2.wpd