UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> PRODINNV, S.A. de C.V., and CESAR MANGOTICH PACHECO, <br><br> Defendant(s). | No. C08-4707 BZ <br><br> **ORDER FOR REASSIGNMENT** |

Defendants having failed to consent to or decline magistrate judge jurisdiction, **IT IS ORDERED** that the clerk shall **REASSIGN** the above-captioned case to a District Judge immediately.

Dated: February 2, 2010

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\OCULUS\ORDER FOR REASSIGNMENT.wpd

1