**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., | No. C-08-4707 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFF** |
| v. | |
| PRODINNV, S.A. de C.V. and CESAR MANGOTICH PACHECO, | |
| Defendants. | |

Before the Court is plaintiff's Supplemental Case Management Statement, filed April 2, 2010, wherein plaintiff's counsel reports that despite counsel's best efforts, counsel has been unable to obtain any response from either defendant following the Court's order striking the individual defendant's filing of November 24, 2009.

As the record to date contains no answer or other response to the complaint, the Case Management Conference scheduled for April 9, 2010 is hereby CONTINUED to June 4, 2010, with a Statement due by May 28, 2010.  In the interim, plaintiff shall file, no later than April 27, 2010, a request for entry of default as to each named defendant, or, in the alternative, a statement setting forth the reason(s) why such default should not be sought and entered.

**IT IS SO ORDERED.**

Dated: April 7, 2010

MAXINE M. CHESNEY
United States District Judge