IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCULUS INNOVATIVE SCIENCES, INC., | No. C-08-4707 MMC |
| Plaintiff, | **ORDER CONTINUING JUNE 4, 2010 CASE MANAGEMENT CONFERENCE** |
| v. | |
| PRODINNV, S.A. de C.V. and CESAR MANGOTICH PACHECO, | |
| Defendants | |

The above-titled matter is scheduled to come before the Court on June 4, 2010 for a Case Management Conference.

In light of the pendency of plaintiff's motion for default judgment, the Case Management Conference is hereby CONTINUED to September 10, 2010. A Case Management Statement shall be filed no later than September 3, 2010.

**IT IS SO ORDERED.**

Dated: June 2, 2010

MAXINE M. CHESNEY
United States District Judge