IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OCULUS INNOVATIVE SCIENCES, INC.,

       Plaintiff,

 v.

PRODINNV, S.A. de C.V. and CESAR MANGOTICH PACHECO,

       Defendants.
                                          /

No. CV-08-4707 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** Oculus's Application for Entry of Default Judgment is hereby GRANTED in part and DENIED in part, as follows:

    1. To the extent the Application seeks compensatory damages for lost profits, the Application is GRANTED, and Oculus shall have judgment against defendants, jointly and severally, in the amount of $1,597,289;

    2. To the extent the Application seeks injunctive relief as set forth below, the Application is GRANTED:

        a. Defendants Prodinnv, S.A. de C.V. and Cesar Mangotich Pacheco are hereby ENJOINED from using or disclosing Oculus's confidential, proprietary information, including Trade Secrets as defined in California Civil Code Section 3426.1(d);

    b. Said defendants are hereby ENJOINED from manufacturing the products marketed and sold under the bard names Esterilife, Varul, and Qx; and

    c. Said defendants are hereby ORDERED to return to Oculus any documents or materials that contain, discuss or reflect Oculus's confidential information (as defined in the ECIIAA Agreement referenced in the complaint) including Trade Secrets as defined in California Civil Code Section 3426.1(d), including without limitation, all confidential information and specifications, customer list and other documents provided to defendants in connection with defendant Cesar Mangotich Pacheco's employment.

    3. In all other respects, Oculus's Appliction is DENIED.

Dated: November 17, 2010        Richard W. Wieking, Clerk

                    *Tracy Lucero*

                    By: <u>Tracy Lucero</u>
                    <u>Deputy Clerk</u>